## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DeMARCUS WILLIAMS,** ) | |
| **AIS #227769,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:18-cv-938-WHA-GMB |
| **DARRYL McMILLIAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR EXTENSION OF TIME

Come now **Darryl McMillian**, by and through the undersigned counsel, to respectfully request an extension to April 11, 2018 in which to file their response to the Plaintiff's Complaint and, for grounds, state as follows:

1. The Answer and Special Report is due on or about March 11, 2019. (**Doc. 12**).

2. Defense counsel is still waiting on affidavits from the defendant and potentially other prison personnel.

**3.** No party will be prejudiced by the granting of this request.

### RELIEF REQUESTED

WHEREFORE, based upon the foregoing, the named Defendant respectfully requests that this Honorable Court extend the deadline to respond to the Plaintiff's Complaint to April 11, 2019.

Respectfully submitted,

STEVEN T. MARSHALL (MAR-083)
ATTORNEY GENERAL

By:

/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone: 334-353-5305
Fax: 334-242-2433
bcarmack@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 8th of March 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

**DeMarcus Williams**
**#227769**
**William E. Donaldson Correctional Facility**
**100 Warrior Lane**
**Bessemer, AL 35023**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
ASSISTANT ATTORNEY GENERAL

2