IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMARCUS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv938-MHT |
| | ) | (WO) |
| DARRYL McMILLIAN, C.O., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer subjected him to excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendants Alabama Department of Corrections and Bullock Correctional Facility be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of March, 2019.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**