In the United States District Court
For the Middle District of Alabama
Northern Division

DeMarcus Williams #296345
Plaintiff,

vs

C.O. Darryl McMillian, et al
Defendant

Civil Action No. 2:18-cv-00938-MHT-GMB

(WO)

RECEIVED 2019 APR 17 DEBRA P. HACKETT, CLK

## Motion For Extension of time

Come now DeMarcus Williams, by and through the undersigned Counsel to respectfully request an extension to April 25th Because I have done my answer to my Special report. But the mail room Clerk refused to mail it out because they say, we can only mail 2 legal mail letters out a week. And if the letters weight more than what they pay on week For legal mail they will not mail them out for the week. And in the administrative regulation #448 it does not mention anything in there about the weight nor the Cost of legal mail per week I am unable to afford to pay for my own legal mail to get mail out, and this is why my answer to my Special report is behind the time frame that was given to me April 16, 2019. Will you please allow me 2 more weeks from this date April the 11th 2019 to April the 25th, I would very much appreciate that thank you for your time.

Done on the month of April
on the 11th Day

## Certificate of Service

I hereby certify that I have on the 11th day of april put the foregoing in U.S. Postage and I further certify that I have mailed a copy of the foregoing to the following:

Office of the Attorney General
   501 Washington Avenue
Montgomery, Alabama 36130-0151


DeMarcus Williams
AIS 296345

JeMarcus Williams
AIS 296345 Dorm/W-43
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Al 35023

Legal Mail

1.65

RECEIVED
2019 APR 17 A 11: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
ALA

To: Inmate DEMARCUS WILLIAMS A.I.S. # 296345 Bed # W-43
Your letter addressed to CLERK U.S District Court requires THREE (3) stamp(s) to enter
The United States Postal Service for delivery. Please remit the above listed stamp(s) to the mailroom.
R. Miller, ASA I, Mail Room Clerk     Date 4/11/19

Legal Mail

United State District Court
One Church Street, Suite B-110
Montgomery, Al 36104-4018

You Can Mail This Thru Free Legal Mail If You Wish
POSTAGE DUE         $1.65
LESS FREE LEGAL POSTAGE   .55
BALANCE DUE FROM YOU   $1.10  OR TWO STAMPS

Legal Mail                    Legal Mail

LEGAL ONLY

$$\begin{array}{r} \overset{2}{5}5 \\ 55 \\ 55 \\ 55 \\ \hline 400 \end{array}$$

DeMarcus Williams
AIS 296345 Dorm/u-14
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Al 35023




Office of the Clerk
United State District Court
One Church Street, Suite B-110
Montgomery, Al 36104-4018

Legal Mail          Legal Mail                    Legal Mail