IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEMARCUS WILLIAMS,            )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )     2:18cv938-MHT
                              )        (WO)
DARRYL McMILLIAN, C.O.,       )
                              )
     Defendant.               )


OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer subjected him to excessive force.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute or obey a court order.  There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of October, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE